UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GORDON K. KONRAD                                CIVIL ACTION

VERSUS                                          NO: 08-4096

GEORGE J. ACKEL, JR.                            SECTION: "J"(3)

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Plaintiff **Motion to Remand to State Court (Rec. Doc. 7)**, set for hearing on September 3, 2008 was submitted timely.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Plaintiff Gordon K. Konrad's **Motion to Remand to State Court (Rec. Doc. 7)** is **GRANTED**.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a

motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

    New Orleans, Louisiana, this 9th day of September, 2008.

                                            _____
                                            CARL J. BARBIER
                                            UNITED STATES DISTRICT JUDGE